# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1308. JOE ELVIN CLOUD v. EDWARD PHILBIN, WARDEN.**

In 2006, Joe Elvin Cloud was convicted of malice murder and other crimes.[1] Cloud subsequently filed a petition for a writ of habeas corpus, which the superior court denied, and Cloud appealed to this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/20/2017*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] The Supreme Court affirmed in part and vacated in part the judgement. *Cloud v. State*, 290 Ga. 193 (719 SE2d 477) (2011).